CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Johnny G. Acosta | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>15-07456MJ |

Complaint for violation of Title 18, United States Code § 1073

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 20, 2015, at or near Nogales, Arizona, at the DeConcini Port of Entry, in the District of Arizona, and the Republic of Mexico, Johnny G. Acosta, an individual, moved or traveled in interstate or foreign commerce with intent to avoid prosecution in the case of *United States v. Johnny G. Acosta*, United District Court for the District of Arizona, CR No. 15-775-TUC-CKJ(DTF), or custody or confinement after conviction in said case, under the laws of the place from which he flees, for crimes which is a felony under the laws of the place from which the fugitive flees.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**SEE ATTACHED PROBABLE CAUSE STATEMENT**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Wallace H. Kleindienst | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>Special Agent, FBI, Adam Cushman |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE Jacqueline M. Rateau | DATE<br>October 22, 2015 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

15-07466MJ

## PROBABLE CAUSE STATEMENT

On April 22, 2015, Johnny G. Acosta was indicted in a multi-count felony indictment charging him with conspiracy to smuggle marijuana into the United States through the Douglas, Arizona Port of Entry, and related drug distribution charges. *See, United States v. Johnny Acosta, et. al.*, District Court of Arizona, CR No. 15-775-TUC-CKJ(DTF). At the time of the indictment, Acosta was a law enforcement officer with the U.S. Customs and Border Protection assigned to inspect incoming pedestrians and vehicles at the Douglas Port of Entry. Acosta was arrested on a warrant issued on the indictment, and on April 28, 2015, he was released pending trial in the case by U.S. Magistrate D. Thomas Ferraro. One of his conditions of release was that he shall not travel outside the State of Arizona unless express prior court permission is granted to travel elsewhere.

On October 20, 2015, the FBI's Cochise Border Corruption Task Force (BCTF) received information that Acosta had made plans to flee the United States into Mexico on October 21, 2015, in order to avoid prosecution on the indictment. (A change of plea had been scheduled by Acosta's counsel for November 3, 2015 at which time Acosta was going to enter a guilty plea.) On October 21, 2015, the BCTF conducted surveillance on Acosta at 1761 Baker Ave, his residence in Douglas, Arizona, consistent with the tip that Acosta was fleeing the Country. The surveillance team observed Acosta, who was passenger in a Ford Expedition, traveling from Douglas, Arizona to the Dennis DeConcini Port of Entry in Nogales, Arizona. The driver of the Expedition entered the Dennis DeConcini Port of Entry at approximately 10:00 p.m., in a lane committed to entering Mexico and was marked with signs indicating that fact. There was no other destination in that lane but Nogales, Sonora and there was no way to turn around and return to Nogales, Arizona. Law enforcement agents stopped the Expedition several feet from the actual International Border Line with Mexico and was placed under arrest for fleeing the United States to avoid prosecution, having traveled in foreign commerce in that he came to the International Border with the intention to cross into the Republic of Mexico. Alma Perez, Acosta's pretrial services officer, told your affiant on October 20, 2015, that Acosta had not been granted permission by the Court to enter Mexico. A review of the docket sheet for the pending case does not reflect any order granting Acosta permission to enter Mexico since his release in the case.